IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Derrick Jerome Davis

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Donna Miller
Southern Health Partners
"See attached"

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

2 of 7

Lt. Chad Cox

Lt. T. Montgomery

Greenwood county Detention Center

Saluda County Detention Center

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

      Name        Derrick Jerome Davis

      All other names by which you have been known:

      ID Number
      Current Institution    Greenwood Detention Center
      Address           528 Edgefield St.
                      Greenwood SC 29646

   B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

      Name        Donna Miller
      Job or Title    Nurse
      (if known)
      Shield Number
      Employer     Southern Health Partners
      Address       528 Edgefield St.
                     Greenwood SC. 29646

      ■ Individual capacity      ■ Official capacity

Defendant No. 2

      Name

2

Job or Title
(if known)

Shield Number

Employer          Greenwood Detention center

Address           528 Edgefield St.

                  Greenwood SC 29646

■ Individual capacity          ■ Official capacity

Defendant No. 3

Name              Lt. Chad Cox

Job or Title      Lt.
(if known)

Shield Number

Employer          Greenwood Detention center

Address           528 Edgefield St.

                  Greenwood SC-29646

■ Individual capacity          ■ Official capacity

Defendant No. 4

Name              Lt. T Montgomery

Job or Title      Lt.
(if known)

Shield Number

Employer          Greenwood Detention Center

Address           528 Edgefield St.

                  Greenwood SC. 29646

■ Individual capacity          ■ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

2-of-3

Defendant No. 5

Greenwood County Detention Center
528 Edgefield St.
Greenwood SC. 29646

■ Individual capacity    ■ official capacity


Defendant No. 6

Saluda County Detention Center
205 east Church St.
Saluda SC. 29138

A.     Are you bringing suit against *(check all that apply)*:

☐      Federal officials (a *Bivens* claim)

☒      State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th, 14th Amendments along with my_
_Human Rights, Article 3, 5, 7, 25_

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Donna, miller acted under color she_
_refused me medical treatment, an for_
_Sending me to another Jail an fail to_

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒      Pretrial detainee

☐      Civilly committed detainee

☐      Immigration detainee

4

2 of 4

tell them that I was on meds

Southern Health Partners : Because that is the company
that She works for

L,r
Lt chad Cox , Lt T montgomery , ▓▓▓▓▓▓▓▓▓▓▓▓▓
THey all was aware of what was going because I Had
Spoke to them about the matter along with put in an
grievance , and that was a health problem on a
violation of my Rights that they learned of an ignored an
failed to do anything about

Greenwood county Detention center
Because that is whem all three of the
work for an the Detention Center Should train there
officers to handle things of this nature in a Better
fashion .

Saluda County Detention
 Because of the the fact that I was placed in a cell with
out any running water an no toilet No cup, tissue for
fore days when that cell Should not even been used at all

 and I feel that this a pure case of Negligence an
medical malpratice, that has caused me alot of
emotional distress as you can see they Have me taking
Celexa for depression something that I wasnt taking
Befor all of this came about.

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Greenwood county Detention center "
on 7-10-2018 about 11:00 - 12:00 noon time.
in the Holding cell

C.    What date and approximate time did the events giving rise to your claim(s) occur?

7-10-2018 about 11:00 - 12:00 noon time.
_____
_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I came to the Greenwood Detention center on
7-10-2018, on as I was in the holding cell waiting
to be booked in, I saw one of my Victim family

5

| Name: | Derrick Davis |
|---|---|
| Location: | B-Unit |
| Diet: | ALLERGY TO TOMATO |
| Comment: | |

2 of 5

member Hear that I know, an she works in the kitchen Hear at the
Detention center. an she also knows me as well. But I only know her
By the name "Quetta". an once she saw me, she gave me a frown
an stuck Her finger up at me. an I know that's because we have had
some Bad Blood over the facts of my case. So I was Booked in an
placed on a Diet tray because I Have allergies to tomatos. therefore
when I recive my trays It all ways have a tag with my name on it an
its Brite orange an all the other tray er dark brown. an after about
a week or so I Started to notice that after I would recive a
Diet tray I would become sick later that night or the next day
with Bad head pain an Belly would be hurting an cramping as well
an I would always report it to the officer that Be working the unit
at that time, then I Started to notice that I would recive an
Diet tray on days when there where no tomatos, served at all, an
my tray Had the same foods as the other trays did, But for some
reason my food would be uneatable, so one day I ate my Diet
tray an it all came back up, my Roommate got the officer to
the Door "officer smith" an told him I was sick the officer
then had me sent to see the nerse "Donna miller" but all she
said was that there was nothing she could do because she has
to see the Vomit Herself. But in fact the officer saw it,
therefore I was'nt checked or anything Just Sent Back to my
cell. I then went back an filed an grievance about the fact
that I felt my food was being tamperd with to
Lt. T montgomery. an I also spoke with Lt. Bowmen on the
Same day I filed the grievance on Lt. Bowmen went an
talked with Lt. T montgomery about the matter, an she
did come back an tell me that Lt. T montgomery told her

## 3 of 5

to tell me that the next time I recived a tray that smelled, taste, or looked funny save it an show it to her, and I did Just that the very next day. an officer Smith was working I let Him see it an smell it. He then called up front for Lt. T montgomery But she never come to see the tray nore did she call me up to show it to her. so as the days went an my tray I kept coming messed up. an one day I recived my Diet tray an gave it to my Roommate "marvin Halmes" an Just as me it made him sick as well, He had to go to medical an he was givin Same meds, so a few weeks later as this kept going an I got to speak with Lt. T montgomery along with Lt. chad Cox about the matter, an once again I told them that I felt that Quetta was Tampering with my food, and Lt. chad cox told me that He was going to wait until I talked to my Lawyer an he would move me to Greenville county Jail closer to my Home but he never did. I kept making Reports to Officer. Murty, officer fry, officer Ervin officer, Smith, Lt. Bowman an nothing was being did in by this time the whole Detention center knew what was going on. and no action was taken. and then one evening when I was getting my Dinner tray the inmate worker "trustee" gave me a note stating that He Had infact seen "Quetta" SPit in my food an for me to act as if I dropd my tray an he would bring me another one. that was on 10-3-18. I spoke with Lt.T montgomery the very next day along with Lt. mickey Bolden in told them what the trustee Had told me an all they wanted to know was whom said it but I didnt tell them the name of the Trustee, but Lt. mickey Bolden said He could look an the video an see what Had Happend in the Kitchen with my tray

4. of. 5

But I never herd anything else an "Quetta" was still working in the kicthen, Becouse I was told By Lt.T Montgomery that she did want to talk to Quetta an let Her knuw they were on to her, that they wanted to catch Her. So on 10-14-18 I Just stoped eating the food all together becouse I was scread of being Siek or killed by the food an nothing was being done. an me along with my Roommate let the officers know that I would'nt be eating any more. an 10-24-18 officer Ervin saw that I was very weak an had me sent to see the nurse along with Lt.Chad Cox. an they asked me why wasnt I eating? an I told them, that they already knew the reason as to why! an at this point I was not able to Hold food down so I was sent to the ER. to be checked out. I had to get fluids an IV and lots of test. But as I was waiting the officer that took me to the ER witch name is officer Gresham recived a call an was told that had been Suspended, he then told me what was told to him an stated that "it took them long enough" as I was done an sent Back to the Detention center I was put on some meds (Bactrim, Zantac, and placed on a soup only Diet. But the nurse said there was nothing wrong all my test was good. So why was I taking meds? then I was told that Quetta wasnt hear anymore an that I could eat now. I then had to go an give another statement to Lt.Chad Cox when I had told him two differnt times what had happen, But he wanted me to write it. I did and on 10-26-18 I was shiped to Saluda county Detention center for Safe keeping. But did not tell Saluda county of any meds I needed nore of the reason why I was there, an I Had on my last day in Greenwood county Detention center asked Donna Miller could I speak

6:18-cv-03428-RMG-KFM    Date Filed 12/13/18    Entry Number 1    Page 12 of 23

## 5 of 5

with Mental Health, she told me to wait til I get to were
I'm going. I ended up in saluda for fore days three of those
days I was placed in a cell with no running water nor a
working toilet nore did I recive any meds. I was shiped
back to Greenwood on 10-30-18 an was told that Quetta
was back. I was placed in a turtle suit an put in cell 209
fore days without Tissue 10/30/18 - 11/2/18 no cup are water for
the first three days 10/30/18 - 11/1/18 no shower for the first
12 twelve days. an I was placed in the turtle suit in Saluda
for not eating. But that came from Greenwood not telling
them I wasn't eating an why befor I came an that I was on a
Soup Diet only an meds. so thats why I was still in it when
I got Back to Greenwood an they kept me in it knowing the
reason. now on 11/4/18, 11/5/18 an 11/7/18 my trays were not
right for lunch on each time I got the officer to send it
back but I never recived any food back the Kicthen would
tell the officer to tell me they would just send me extra
for last meal. But I told Him that means I still didn't get
lunch so Hows that? even though I never got any extras.
an 11/10/18 I recived my tray once again with the sticker
in my Name saying no tamatos an yet its full of them.
The Mental Health nurse placed me on Celexa for
depression an aniety. I told her the Kitchen worker an
the food is my only problem. I also asked Donna miller why
didn't she tell Saluda that I was on meds an soup Diet, But
the first day I get back to greenwood the nurse bring
meds to my Door? she didn't respond. my problem is
still going on and I only eating the food I get off the
canteen

Page    of

My Name is Marvin Holmes II. I was Derrick Davis's roomate
in B-Unit for 3 months. I have ate some of Mr. Davis's food
off his orange tray a couple of time's. I got bad headache's
and heart burn everytime. I had to get med's from the
Nurse to stop those problem's. I also have seen him get
orange tray's with the same food on it, that I got on
a brown tray, his just had way more food on it. And I
also over heard a Kitchen worker telling Mr. Davis's that
his tray had been spit in, so he dropped it on the floor
and fixed him another one. There was plenty of other time's
Derrick would tell the officer's about thing's being wrong
with his tray, and the responce from the kitchen would be
there is No tomatoe's on the tray or that they simply didn't
have nothing else for him, Not even a sandwich. And there
are plenty of officer's that said they could see what was
wrong with the tray and call the kicthen and there SGT,
but Nothing was done by the kicthen to fix it.

I declare under Penalty of Perjury that the
foregoing is true and correct.

Marvin Holmes

Marvin Holmes

10-25-18

121 Cothran Drive
Greenwood SC 29649

WITNESS:_____    PERSON GIVING STATEMENT:_____

Page    of

I Alex Head Have witness Mr. Derrick Davis
complain about things being wrong with his tray
on a lot of differnt days along with going
to medical, and then I didnt see him for a few
weeks because they move him to some other
part of the jail. But then He was moved next
door to me in room 209 and he was wearing a
turtle suit. Why i don't know and why in room
209 I had to ask the officer why wasn't they
feeding him because they was forgetting to feed him
He didn't have any water or tissue in his room
for almost a week and also me my self along
with other inmates where trying to get the
officers to allow him to take a shower because
he hadn't had one in about two weeks.

I declare under penalty of perjury
that the foregoing is true and correct

Alex Head 11/23/18
Alex Head
528 Edgefield st
Greenwood sc. 29646

_____
_____
_____
_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained alot of emotional distress along with alot of ~~Pean~~ in my Stomach I was taking to the "ER" to be checked on I dont know what the results were because I was never told, But I was put on Bactrim witch is an antibiotic an the mental Health Nurse put me on Celexa for depression/anxiety all due to this matter.

_____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would Like compensatory damages of 30,000 against each defendant, Jointly an Severally. I also seek punitive damages in the amount of 5,000 against each defendant Jointly and Severally, also and preliminary and permanent injunction ordering an insuring that all defendants cease

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.   Your case may be dismissed if you have not exhausted your administrative remedies.

2 of 6

to over look serious problems an medical needs an to put the Safty an well being of the inmates first.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Greenwood County Detention Center
528 Edgefield St. Greenwood SC 29646

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☐  No

☐  Do not know

If yes, which claim(s)?

_____

_____

_____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Greenwood County Detention center in B-unit

2.    What did you claim in your grievance?

my claim was that, there was staff the worked in the Kitchen that were related to my in my case. on that "she" was tampering with my food

3.    What was the result, if any?

I was called up front to speak with Lt T montgomery and told Her about it Along with the persons name But nothing was done. at that time.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I kept speaking with Lt Chad Cox along with Lt. mickey Boland, Lt. T montgomery along with ms. Donna Miller the Head medical nurse at the Jail

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

        _____

        _____

        _____

        _____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        _____

        _____

        _____

        _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Im still going through the same stuff, cin officers are cisking me why do they still have me cin Her "Quetta" Still hear together

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ■    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

■    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

■ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)  _____

    Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __11/28__, 20_18_

Signature of Plaintiff _____

Printed Name of Plaintiff: _Derrick Jerome Davis_

Prison Identification # _____

Prison Address _528 Edgefield St._

_Greenwood_          _S.C._          _29646_

City                    State                    Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

12

Address                    528 Edgefield St

Telephone Number           864) 354-3665

E-mail Address             NONE

13